Matter of Clermont York Assoc., LLC v New York State Div. of Hous. & Community Renewal (2024 NY Slip Op 06382)

Matter of Clermont York Assoc., LLC v New York State Div. of Hous. & Community Renewal

2024 NY Slip Op 06382

Decided on December 19, 2024

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 19, 2024

No. 116 

[*1]In the Matter of Clermont York Associates, LLC, Appellant,
v
New York State Division of Housing and Community Renewal, Respondent.

Jillian N. Bittner, for appellant.
Matthew W. Grieco, for respondent.
New York Apartment Association, Inc., amicus curiae.

Order affirmed, with costs (see Matter of 160 East 84th Street Associates LLC v New York State Division of Housing and Community Renewal , ___NY3d ___ [Case No. 111 decided today]). The claim in this proceeding of undue delay is unpreserved. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.